**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Samantha Sanders**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. Foods, Inc.**, a Delaware Corporation, <br><br> Defendant. | No. 2:18-cv-04946-SRB <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Maya Hunter, by and through undersigned counsel, gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendants.

DATED this 13th Day of February 2019.

                                      BENDAU & BENDAU PLLC

                                      /s/*Clifford P. Bendau, II*
                                      Clifford P. Bendau, II
                                      Attorney for Plaintiff

**Certificate of Service**

I certify that on this 13th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties by operation of the Court's electronic filing system. The Parties may access this filing through the Court system. I further certify that I have dispatched the attached document via E-Mail to the following parties:

    U.S. Food, Inc., via
    SEYFARTH SHAW LLP
    Kyle A. Peterson
    233 S. Wacker Dr., Ste. 8000
    Chicago, IL 60606-6448

/s/*Clifford P. Bendau, II*
Clifford P. Bendau, II
Attorney for Plaintiff